DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RANDALL EDWARDS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3085

[January 17, 2019]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael C. Heisey, Judge; L.T. Case No. 472002CF000613A.

Randall Edwards, Bowling Green, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN, and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***